KLEIN-MESSNER CO., INC., v. THE FAIR WAIST & DRESS CO., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant give notice of settlement of the case on appeal within ten days from service of order, and procure the record on appeal and appellant's points to be filed within twenty days after case is settled and ordered on file. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL DEUTSCH and Another v. HARRY BLUM and Another.— Motion to dismiss appeal denied, on condition that the parties stipulate as to the contents of Exhibit 3, now claimed to have been lost, and that the appellants proceed with due diligence in the prosecution of the appeal. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ENDWEST REALTY CORPORATION v. CHATSWORTH GARAGE, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARCHIBALD HAINES v. FRANCIS E. KOCHENBERGER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

STEVEN POULOS v. MAX KAPLAN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARCELLA CREADEN v. WILLIAM J. JONES.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM C. ABERCROMBIE v. JAMES N. CATLOW and Others.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CONCENTIN PAVONE v. S. & H. OPERATING CO., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEONARDO STERRENTINO v. S. & H. OPERATING Co., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PLACIDO PAVONE v. S. & H. OPERATING Co., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAMIE PAVONE, an Infant, etc., v. S. & H. OPERATING Co., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PARTOS REALTY CORPORATION v. DAVID LOESER.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

UNION SHOE CO., INC., v. JACOB H. SHIFF.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL EISEMAN & CO., INC., v. ALVIN H. BAER and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HAMILTON NATIONAL BANK v. WILLIAMSTREET UNDERWRITERS, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.